UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:11-00156 |
| v. ) | CHIEF JUDGE HAYNES |
| ) | |
| LUTHOR NEWSOM ) | |

## PROPOSED AGREED ORDER

COMES now the parties in the above captioned matter, by and through AUSA Philip H. Wehby and R. David Baker, attorney for the defendant, as evidenced by the signatures below, respectfully request that the Court set a competency hearing for the afternoon of November 16, 2012. *at 2:00 p.m.*

It is so ordered this *29th* day of *October,* 2012.

_____
WILLIAM J. HAYNES, JR.
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

s/ Philip H. Wehby
_____
PHILIP H. WEHBY
Assistant United States Attorney

s/ R. David Baker
_____
R. DAVID BAKER
Attorney for the Defendant